**George Albert HOOD, Plaintiff–Appellant,**

v.

**Tracy W. JOHNS; Andres Hernandez; Karen Steinour; Freddie Garrido; Andrea Taylor; Unit Manager Weaver; Margret Hale; Lieutenant Bell; Lieutenant Fernandez; Officer Smith; Officer Ruffin, Defendants–Appellees.**

**No. 14–6664.**

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 29, 2014.

Decided: Oct. 16, 2014.

George Albert Hood, Appellant Pro Se. Matthew Fesak, Assistant United States Attorney, Raleigh, North Carolina; Michael Lockridge, Special Assistant United States Attorney, Butner, North Carolina, for Appellees.

Before SHEDD, FLOYD, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

George Albert Hood appeals the district court's order denying relief on his complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Hood v. Johns,* No. 5:11–ct–03072–FL, 2014 WL 1282276 (E.D.N.C. Mar. 27, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*